UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VETR, LLC,

Plaintiff,

Case No. 1:26−cv−02611−PLM−RSK

v.

Hon. Paul L. Maloney

VETR HEALTH, LLC, et al.,

Defendants.
________________________________/

**NOTICE REGARDING ASSIGNMENT OF CASE
AND NOTICE OF DEFICIENCY**

NOTICE is hereby given that the above−captioned case was electronically filed in this court on September 17, 2026 . The case has been assigned to Paul L. Maloney .

The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1. Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

CLERK OF COURT

Dated: September 21, 2026

By: /s/ M. Garcia
Deputy Clerk