# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

VETR, LLC

v.

VETR HEALTH LLC, VETR HEALTH, INC. and VETR HEALTH VETERINARY SERVICE OF MICHIGAN, P.C.

Case No. 1-26-CV-02611
Hon. Paul L. Maloney

TO: VETR HEALTH LLC
ADDRESS: 342 Market Ave. SW
Grand Rapids, MI 49503

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Brian D. Wassom (P60381)
Warner Norcross + Judd LLP
12900 Hall Road, Suite 200
Sterling Heights, MI 48313
586-303-4139

CLERK OF COURT

______________________________
By: Deputy Clerk Date

## PROOF OF SERVICE

This summons for VETR HEALTH LLC (name of individual and title, if any) was received by me on __________ (date).

☐ I personally served the summons on the individual at __________ (place where served) on __________ (date).

☐ I left the summons at the individual's residence or usual place of abode with __________ (name), a person of suitable age and discretion who resides there, on __________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on __________ (name of individual), who is designated by law to accept service of process on behalf of __________ (name of organization) on __________ (date).

☐ I returned the summons unexecuted because __________.

☐ Other *(specify)* __________.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________.

I declare under the penalty of perjury that this information is true.

Date: __________

__________
*Server's signature*

Additional information regarding attempted service, etc.:

__________
*Server's printed name and title*

__________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

VETR, LLC

v.

VETR HEALTH LLC, VETR HEALTH, INC. and VETR HEALTH VETERINARY SERVICE OF MICHIGAN, P.C.

Case No. 1-26-CV-02611
Hon. Paul L. Maloney

TO: VETR HEALTH, INC.
ADDRESS: 342 Market Ave. SW
Grand Rapids, MI 49503

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brian D. Wassom (P60381)
Warner Norcross + Judd LLP
12900 Hall Road, Suite 200
Sterling Heights, MI 48313
586-303-4139

CLERK OF COURT

By: Deputy Clerk ____________________ Date

## PROOF OF SERVICE

This summons for VETR HEALTH, INC. (name of individual and title, if any) was received by me on ____________ (date).

☐ I personally served the summons on the individual at ____________ (place where served) on ____________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ____________ (name), a person of suitable age and discretion who resides there, on ____________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ____________ (name of individual), who is designated by law to accept service of process on behalf of ____________ (name of organization) on ____________ (date).

☐ I returned the summons unexecuted because ____________.

☐ Other *(specify)* ____________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under the penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

Additional information regarding attempted service, etc.:

____________
*Server's printed name and title*

____________
*Server's address*

# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

VETR, LLC

v.

VETR HEALTH LLC, VETR HEALTH, INC. and VETR HEALTH VETERINARY SERVICE OF MICHIGAN, P.C.

Case No. 1-26-CV-02611
Hon. Paul L. Maloney

TO: VETR HEALTH VETERINARY SERVICE OF MI PC
ADDRESS: c/o Bradley Boike
368 Diamond Ave. SE
Grand Rapids, MI 49506

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Brian D. Wassom (P60381)
Warner Norcross + Judd LLP
12900 Hall Road, Suite 200
Sterling Heights, MI 48313
586-303-4139

CLERK OF COURT

______________________________
By: Deputy Clerk     Date

---

## PROOF OF SERVICE

This summons for VETR HEALTH VETERINARY SERVICE OF MI PC (name of individual and title, if any) was received by me on ____________ (date).

☐ I personally served the summons on the individual at ____________ (place where served) on ____________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ____________ (name), a person of suitable age and discretion who resides there, on ____________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ____________ (name of individual), who is designated by law to accept service of process on behalf of ____________ (name of organization) on ____________ (date).

☐ I returned the summons unexecuted because ____________.

☐ Other *(specify)* ____________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under the penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

Additional information regarding attempted service, etc.:

______________________________
*Server's printed name and title*

______________________________
*Server's address*